IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DEANGELO BROTHERS, INC.,
a foreign corporation,

    Plaintiff,

v.                                    CASE NO.: _____

THE CINCINNATI INSURANCE COMPANY,
a foreign corporation

    Defendant.

_____/

## COMPLAINT

Plaintiff DEANGELO BROTHERS, INC. ("DBI") sues Defendant THE CINCINNATI INSURANCE COMPANY ("Cincinnati"), and alleges:

### I. JURISDICTION AND VENUE

1. DBI is a corporation incorporated under the laws of Pennsylvania with its principal place of business in Pennsylvania and is thereby a citizen of Pennsylvania.

2. Cincinnati is a corporation incorporated under the laws of Ohio with its principal place of business in Ohio and is thereby a citizen of Ohio.

3. The amount in controversy, exclusive of interest and costs, exceeds $75,000.

4. This court has jurisdiction pursuant to 28 U.S.C. § 1332 as the matter in controversy exceeds the value of $75,000.00 and is between citizens of different states.

5. Cincinnati engages in the business of insurance throughout the state of Florida, and resides in the United States District Court, Northern District of Florida as it issues insurance policies within the borders of said district.

6. Venue is proper in this court pursuant to 28 U.S.C. § 1391 as this action is founded on diversity of citizenship and Cincinnati resides in this district.

## II. STATEMENT OF THE ULTIMATE FACTS

7. DBI is a general contractor retained by the Florida Department of Transportation ("FDOT") to provide construction services on a corridor of I-75 in Broward County, Florida.

8. DBI subcontracted with Southern Lights Electrical Contractors Inc. ("Southern Lights") to perform some portions of the work under the DBI-FDOT contract.

9. The DBI-Southern Lights subcontract required, in part, that Southern Lights maintain comprehensive general liability insurance covering its work, and that DBI be named as an additional insured under the policy.

10. At all material times, Southern Lights was a named insured under a policy of Commercial General Liability insurance issued by Cincinnati (the "Policy"). A true and correct copy of the Policy issued by Cincinnati is attached hereto as Exhibit "A".

11. At all material times, DBI was also an "Insured" under the Cincinnati Policy.

12. On May 19, 2008 a leased employee of Southern Lights was electrocuted while working on matters subject to the subcontract between DBI and Southern Lights.

13. As a result of the electrocution, the employee's estate filed a wrongful death action in the Circuit Court of Broward County, Florida, against DBI and other defendants.

14. On or about May 17, 2010, DBI notified Cincinnati of the wrongful death lawsuit filed against DBI, and demanded that Cincinnati satisfy its duties of defense and indemnification under the Policy.

15. On or about June 17, 2010, Cincinnati informed DBI that Cincinnati denied any and all duties of defense or indemnification to DBI under the Policy, and would provide no coverage to DBI for claims made in the wrongful death action.

16. Cincinnati's refusal to defend or indemnify DBI, an insured under the Policy, is a breach of the Policy.

17. As a result of Cincinnati's breach of the Policy, DBI has and will suffer compensatory damages, including but not limited to the costs of defending its interests in the wrongful death action, and possible indemnification obligations to the wrongful death plaintiff. DBI's damages are not fixed, and will continue until the wrongful death action is resolved.

18. DBI has retained counsel to represent its interests under the Policy, and is obligated to pay counsel a reasonable fee. Pursuant to Fla. Stat. § 627.428, DBI is entitled to the recovery of attorneys' fees.

WHEREFORE, Plaintiff DEANGELO BROTHERS, INC. demands a judgment against Defendant THE CINCINNATI INSURANCE COMPANY for damages, costs, prejudgment interest, attorneys' fees and such other relief as the court deems just and proper.

Dated this 12th day of October 2010.

                COPPINS MONROE
                ADKINS & DINCMAN, P.A.

By: _____
MICHAEL P. COPPINS, FBN: 0242667
1319 Thomaswood Drive (Zip 32308)
Post Office Drawer 14447
Tallahassee, Florida 32317-4447
Telephone: (850) 422-2420
Facsimile:  (850) 422-2730
E-mail: mcoppins@coppinsmonroe.com

ATTORNEYS FOR PLAINTIFF
DEANGELO BROTHERS, INC.